## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**RENETHA SELVAGE, ET AL**

**VERSUS**

**JAMES SHEPHARD, ET AL**

**CIVIL ACTION**

**NO. 07-626-RET-CN**

# O R D E R

Considering that a scheduling conference was scheduled to be held on January 10, 2008, and that plaintiffs' counsel, Cynthia N. Reed, failed to appear at the conference, an Order setting a show cause hearing will be issued.

**A telephone scheduling conference will be held immediately following the hearing.  Defendant's counsel should be available to receive the conference call from Chambers at this time.**

Signed in chambers in Baton Rouge, Louisiana, January 10, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**