UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
M_ _ _ _ _ LA

2008 JAN 18 P 3:59

| | |
|---|---|
| RENETHA SELVAGE, JEREMY SELVAGE AND ANNTOINETTE SELVAGE | CIVIL ACTION |
| VERSUS | |
| JAMES SHEPHARD AND NORTH CAROLINA FARM BUREAU INSURANCE GROUP | NUMBER: 3:07 CV-00626 |

# ORDER

On motion of counsel for plaintiff in the above entitled and numbered cause:

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's suit be dismissed with prejudice, with each party to bear its own costs.

Baton Rouge, Louisiana, this 18th day of January, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA